1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    No. 2:24-cv-00053-TLN-KJN

        IN RE:  STEVEN WAYNE BONILLA              No. 2:24-cv-00238-TLN-KJN
12

13                                                    No. 2:24-cv-00251-TLN-KJN

14                                                    No. 2:24-cv-00252-TLN-KJN

15                                                    No. 2:24-cv-00254-TLN-KJN

16                                                    No. 2:24-cv-00255-TLN-KJN

17                                                    No. 2:24-cv-00256-TLN-KJN

18                                                    No. 2:24-cv-00257-TLN-KJN

19                                                    No. 2:24-cv-00259-TLN-KJN

20                                                    No. 2:24-cv-00260-TLN-KJN

21                                                    **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28   Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

                                                   1

1   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2   the Court to open a new case for each attempted new pleading and assign it to the undersigned for

3   review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

4   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

5         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

6   finds they are related to Plaintiff's Alameda County criminal conviction.

7         Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00053, 2:24-cv-00238, 2:24-

8   cv-00251, 2:24-cv-00252, 2:24-cv-00254, 2:24-cv-00255, 2:24-cv-00256, 2:24-cv-00257, 2:24-

9   cv-00259, and 2:24-cv-00260 are hereby DISMISSED.  The Clerk of the Court is directed to

10  close these cases.  No further filings will be accepted.

11        IT IS SO ORDERED.

12        Dated:     February 15, 2024

13

14

15   _____

16   Troy L. Nunley
     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28